



★ ★ ★                    ★ ★ ★

# MEMORANDUM OPINION

No. 04-07-00357-CV

**BTEX RANCH, L.P.**,
Appellant

v.

**KENDALL COUNTY, TEXAS**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
             Sandee Bryan Marion, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   August 13, 2008

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. The motion contains a certificate of service to appellee, and appellee does not oppose the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM